UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:00-cr-12-RLH-RJJ |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | ***NUNC PRO TUNC* CORRECTION OF JUDGMENT # 72** |
| | ) | |
| CHARLES B. AYOUB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Defendant **CHARLES B. AYOUB** appeared before this Court on April 23, 2001 and Sentence was imposed. A fine in the amount of twelve thousand five hundred dollars ($12,500.00) was imposed as part of that Sentence. The Probation Department recommended that the interest requirements on said fine be waived based on the Defendant's inability to pay. The Court's intent was to follow that recommendation. However, neither the Minutes of Proceedings (#71) nor the Judgment (#72) reflect that the interest requirement was in fact ordered waived.

    Accordingly, IT IS HEREBY ORDERED *nunc pro tunc* that the interest requirement for the fine in the amount of twelve thousand five hundred dollars ($12,500) is **waived.** .

    IT IS FURTHER ORDERED that any interest payment(s) and penalties, if any, that may have been collected to date shall forthwith be refunded to Defendant Charles B. Ayoub.

Dated: April 30, 2012

                                                                  _____
                                                                  **ROGER L. HUNT**
                                                                  **United States District Judge**

AO 72
(Rev. 8/82)